LOB RANO, J.,
dissent's with reasons.
|,I respectfully dissent. I would vacate the trial court’s ruling that granted the defendant’s motion to quash the August 22, 2013 indictment. I would remand this matter for further proceedings to allow the trial court to determine whether the August 22, 2013 indictment[1] was implicitly dismissed by the superseding indictment filed on August 29, 2013 against the defendant, which was the subject matter in State v. Jones, 2014-0014 (La.App. 4 Cir. 6/11/44), 144 So.3d 122.[2] See State v. Williams, 2012-687, p. 3 (La.App. 5 Cir. *838 5/16/13), 119 So.3d 228, 230 (where the court held that a “superseding indictment implicitly dismisses a first indictment.”).

. On August 22, 2013, the grand jury returned a bill of indictment that charged defendant with the following charges: (1) the February 24, 2013 attempted second degree murder of Orlando Richmon; and (2) the April 23, 2013 second degree murder of Orlando Richmon.

. On August 29, 2013, the grand jury returned a bill of indictment that charged defendant with the following charges: (1) the February 24, 2013 attempted second degree murder of Orlando Richmon; (2) the April 23, 2013 second degree murder of Orlando Richmon; (3) the April 23, 2013 second degree murder of Desmond Bell; and (4) the April 23, 2013 attempted second degree murder of Daymond Harris.